# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOSE SANCHEZ-CHEVEZ,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00025-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Jose Sanchez-Cheves's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 19]. The Grand Jury returned a one-count Indictment [Doc. 1] on July 9, 2024, charging Defendant with Illegal Reentry. *See* 8 U.S.C. § 1326(a), (b)(2). Defendant was arrested on July 23, 2024, pled not guilty at his arraignment, and was detained pending trial. [Doc. 6]; [Doc. 9]; [Doc. 10]; [Doc. 16]. The Court issued a Notice of Pretrial Conference on July 31, 2024, scheduling the Pretrial Conference for August 15, 2024. [Doc. 13].

Defendant filed this Motion seeking a continuance. [Doc. 19]. In his Motion, Defendant states that he has not yet received discovery and will need time to evaluate and review the discovery materials once he receives them. [*Id.* at p. 1]. Defendant represents that the Government is unopposed to this Motion. [*Id.* at p. 2].

The Court finds that granting Defendant's request serves the ends of justice. The

Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny Defendant's counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant's Motion [Doc. 19] and **CONTINUES** the Pretrial Conference until September 17, 2024, and the trial of this matter until October 28, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 2nd day of August, 2024.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**
